JOSEPH HANNIGAN, Respondent, *v.* THE UNION WAREHOUSE COMPANY, Appellant, Impleaded with Others.

*Hannigan* v. *Union Warehouse Co.,* 3 App. Div. 618, affirmed.
(Argued December 5, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William Allen Butler* and *John Notman* for appellant.

*James D. Bell* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except O'BRIEN, J., dissenting, and BARTLETT and MARTIN, JJ., not voting.